UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LAMAR BROWN, individually and on behalf of all
others similarly situated,

                                  Plaintiffs,

        -against-

NEW YORK BEVERAGE WHOLESALERS CORP.

                                  Defendant.
-----------------------------------------------------------------X

Case No. 23-cv-3480

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action against defendant are hereby voluntarily dismissed with prejudice and without costs. Each party will bear its own costs and fees.

Dated: July 25, 2023

Hicksville, New York

MARS KHAIMOV LAW, PLLC

By: _____
Mars Khaimov, Esq.
100 Duffy Avenue, Suite 510
Hicksville, New York 11801
Tel.: 929.324.0717 (direct)
mars@khaimovlaw.com
*Attorneys for Plaintiff*

TUCH & COHEN LLP

By: _____
Laurence I. Cohen, Esq.
1025 Old Country Road, Suite 411
Westbury, NY 11590
Tel: (516) 783-0062
lcohen@tuchandcohen.com
*Attorneys for Defendant*

SO ORDERED: _____
U.S.D.J
                  Edgardo Ramos, U.S.D.J.
                  July 25, 2023

4895-5040-3388.1